UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| KAREN SUE FOX ) | Case No: 12-32462 HRT |
| SSN: XXX-XX-0637 ) | Chapter 12 |
| ) | |
| Debtor ) | |
| ) | |

**TRUSTEE'S REPORT IN A DISMISSED CASE**

The Trustee of the estate of the above-named debtor has neither received any property or money nor paid any money on account in this estate. The within case was dismissed by order of the Court dated April 30, 2013.

WHEREFORE, the Trustee prays that the Trustee be discharged from office.

Dated:   May 1, 2013              s/ Daniel A. Hepner
                                  Daniel A. Hepner, Trustee
                                  Chapter 12 Trustee
                                  1660 Lincoln Street, Suite 2200
                                  Denver, CO  80264
                                  Telephone: (303-296-1999
                                  Facsimile: (303) 296-7600
                                  dhepner@epitrustee.com

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on this _1st_ day of May, 2013, a true and correct copy of the above and foregoing Trustee's Report in a Dismissed Case was placed in the United States Mail, postage prepaid and correctly addressed to:

United States Trustee
999 18th Street, Suite 1551
Denver, CO  80202

                                  _s/ Candace L. Hepner_____